# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| CORNELIUS BERNARD JOHNSON<br>AIS 167149,<br><br>　　　Petitioner,<br><br>vs.<br><br>CHRISTOPHER GORDY,<br><br>　　　Respondent. | )<br>)<br>)<br>)<br>)<br>)　CIVIL ACTION NO. 13-0635-CG-C<br>)<br>)<br>)<br>) |

## ORDER

After due and proper consideration of the issues raised, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated October 21, 2014, is adopted as the opinion of this Court.

**DONE and ORDERED** this 3rd day of December, 2014.

　　　　　　　　　　　　　　　　　/s/ Callie V. S. Granade　　　　　
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE